FILED
2014 Oct-03  PM 02:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

STACI L. RAGSDALE,              }
                                }
    Plaintiff,                  }
                                }
v.                              }    CIVIL ACTION NO.
                                }    2:14-CV-00300-WMA
WELLS FARGO BANK, N.A.,         }
                                }
    Defendant.                  }
                                }
                                }

## ORDER

Pursuant to the joint stipulation of dismissal filed on October 2, 2014 by plaintiff, and defendant, the above-entitled action is hereby **DISMISSED WITH PREJUDICE.**

The parties shall bear their own respective costs.

DONE this 3rd day of October, 2004.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE